UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                                          Case No. 2:15-cr-26
                                                            HON. Robert Holmes Bell

DARRYL LARON GILLIAM-FRENCH,

                    Defendant.
_____/

## ORDER OF DETENTION

        Defendant appeared before the undersigned on December 3,, 2015 for an initial

pretrial conference.  The government's pending motion for detention (Doc. #4) was

addressed at that time and defense counsel indicated they would not be opposing

detention.

        Defendant shall be detained pending further proceedings.


        IT IS SO ORDERED.


                                        __/s/ Timothy P. Greeley_____
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE
Dated:  12/3/2015